UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 20, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

 HERIBERTO AYALA,

        Defendant.

Case No.  2:26-mj-00041-AC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  HERIBERTO AYALA,

Case No.  2:26-mj-00041-AC, Charge 21 U.S.C. § 841(a)(1), from custody for the

following reasons:

_____    Release on Personal Recognizance

__X__  Bail Posted in the Sum of $ 50,000.00

      __X__    Unsecured Appearance Bond $ 50,000.00

      _____    Appearance Bond with 10% Deposit

      __X__    Appearance Bond with Surety

      _____    Corporate Surety Bail Bond

      (Other): The Defendant shall be released on 4/21/2026 at 9:00 a.m.

      and report directly to the Office of Pretrial Services for further

      processing.

Sacramento County Jail is further ORDERED to release the defendant with a

__X__  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 20, 2026 at 2:25 p.m.

By: _____

      Magistrate Judge Jeremy D. Peterson